IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Dorothy Lewis

Printed: 9/3/08

Case Number: 05 B 25603
Judge: Goldgar, A. Benjamin
Filed: 6/28/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 31, 2008
Confirmed: August 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,868.05 |  |
| Secured: |  | 2,672.70 |
| Unsecured: |  | 3,937.32 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,600.00 |
| Trustee Fee: |  | 509.98 |
| Other Funds: |  | 148.05 |
| Totals: | 9,868.05 | 9,868.05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,600.00 | 2,600.00 |
| 2. | Nuvell Financial Services | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 2,672.70 | 2,672.70 |
| 4. | B-Line LLC | Unsecured | 383.80 | 670.38 |
| 5. | Asset Acceptance | Unsecured | 84.54 | 147.65 |
| 6. | B-Line LLC | Unsecured | 1,176.21 | 2,054.50 |
| 7. | Ford Motor Credit Corporation | Unsecured | 42.29 | 73.86 |
| 8. | Cavalry Portfolio Services | Unsecured | 463.12 | 808.94 |
| 9. | Capital One | Unsecured | 104.18 | 181.99 |
| 10. | Direct Merchants Bank | Unsecured |  | No Claim Filed |
| 11. | Systems & Services Technologies | Unsecured |  | No Claim Filed |
| 12. | United States Dept Of Education | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,526.84 | $ 9,210.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 19.32 |
| 5.5% | 137.09 |
| 5% | 37.40 |
| 4.8% | 77.78 |
| 5.4% | 174.09 |
| 6.5% | 64.30 |
|  | $ 509.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis, Dorothy Lewis | Case Number:  05 B 25603 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  6/28/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

